UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT F CAMERON,

               Plaintiff,

  v.

BELLEVUE POLICE DEPARTMENT,
CITY OF BELLEVUE CITY ATTORNEY,

               Defendants.

CASE NO. 2:24-cv-00696-LK

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 20th day of May, 2024.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge